**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-1153

Scott Loupe and Natalie Loupe, on behalf of their minor
child, G.L.

- - Versus - -

The Roman Catholic Church of the Diocese of Baton Rouge,
St. George School, Jason Warren Murray and Caroline Beck
Murray, Individually and on behalf of their minor child J.M.

19th Judicial District Court
Case #: 677192
East Baton Rouge Parish

On Application for Rehearing filed on 04/27/2023 by The Roman Catholic Church of Diocese of Baton Rouge, etc.

Rehearing _____ **DENIED** _____

Jewel E. "Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date ___MAY 0 1 2023___

Rodd Naquin, Clerk